## EXHIBIT C

### *Siyam* v. *SS&C Technologies, Inc.*, No. 3:19-cv-18535 (MAS) (DEA)

A Participating Class Member's proportionate share of the Net Settlement Amount will be determined by the Claims Administrator based exclusively on the information provided to Class Counsel by SS&C and pursuant to the following formula (the "Settlement Allocation").[1]

(1) The Net Settlement Amount shall be calculated as follows:

    A.    Gross Settlement Amount of $1,250,000, plus all Current Employee Tax Payments, less:

        1.    The amount of Attorneys' Fees and Lawsuit Costs, assuming Class Counsel's fee application is granted in full ($412,500);

        2.    The amount of Service Payments, assuming the Service Payment applications are granted in full ($16,000);

        3.    Projected Claims Administrator's Fees and Costs estimated at approximately $20,000; and

        4.    Projected employer payroll taxes on the Settlement Payments for Participating Class Members.

(2) Points have been allocated to each Class Member according to the below parameters. The Parties will provide the point totals to the Claims Administrator.

    A.    Overtime Component

        1.    Each Class Member's dates of employment as an Associate were determined as well as any reclassification date. The overtime component of the calculation was limited to each Class Member's dates of Associate employment during the period from August 22, 2016 through January 1, 2019 and prior to any reclassification.

        2.    For such dates it was assumed for calculation purposes only that the allegations in the Second Amended Complaint and Plaintiff's Initial Disclosures as to unpaid overtime were accurate. Specifically, 7.5 hours of overtime was assumed per week except for the last three weeks of each quarter, when 17.5 hours per week was assumed.

        3.    Actual leave taken (e.g., PTO or sick leave) was deducted in 2018 and 2019 when this information was available. For 2016 and 2017, deductions for leave taken were based on the 2018 average amount of leave taken.

---

[1] Capitalized terms used herein that are not otherwise defined have the meaning ascribed in the Settlement Stipulation.

4.    Each unpaid hour over 40 was valued using each Class Member's actual pay rate to arrive at a total dollar figure for the overtime category.

B.    Meal Component

1.    Amounts attributable to alleged meal work were calculated starting on the date of reclassification and extending through the earlier of termination or July 31, 2019, consistent with the allegations in the Second Amended Complaint.

2.    Based on Plaintiffs' allegations, and for calculation purposes only, 0.5 hours of unpaid meal period work per day worked were assumed.  These totals were added to 40 regular hours, and any overtime hours paid and holidays and PTO were deducted consistent with the above parameters.  If the weekly total was over 40, this 0.5 hours was valued at each individual's rate of pay.

C.    The amounts from the overtime and meal components described in sections 2(A) and 2(B) were totaled for each individual.

(3) These totals were then converted from dollar amounts to points, such that the total number of points was equal to 1,000.  Based on these point allocations, the Claims Administrator shall calculate Settlement Payments as follows:

A.    The allocation of the Net Settlement Amount shall be proportionate to each person's percentage share of the total points of all Participating Class Members.

B.    If any Class Members opt out, each remaining Class Member's share will be recalculated based on each person's share of the total number of points across all remaining Participating Class Members.

(4) Unclaimed Funds

A.    Pursuant to the Settlement Stipulation, each Settlement Check shall expire one hundred and eighty (180) calendar days after it is dated.

B.    Provided that, in each case, the amount of unclaimed funds (the "Remaining Funds") exceeds the costs of redistribution, the Remaining Funds shall be distributed on a pro-rata basis: (i) first to the Opt-In Plaintiffs provided that no Opt-in Plaintiff's total settlement payments (including their Final Settlement Payment and their pro rata share of the Remaining Funds but excluding any Service Payments) exceed his or hers maximum asserted damages based on the Second Amended Complaint and Plaintiff's Initial Disclosures—which figures have been agreed upon by the Parties and are to be provided to the Claims Administrator for each Opt-In Plaintiff—and then (ii) to all other Participating Class Members who have cashed their Settlement Checks.