# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DINA SIYAM, and all other similarly situated employees of SS&C,<br><br>                                       Plaintiff,<br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br>                                       Defendant. | Civil No.: 3:19-cv-18535 (MAS) (DEA) |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE PROPOSED SETTLEMENT BETWEEN PLAINTIFFS AND SS&C TECHNOLOGIES, INC.; FINAL CERTIFICATION OF THE RULE 23 CLASS AND AN FLSA COLLECTIVE FOR SETTLEMENT PURPOSES; APPROVAL OF CLASS COUNSEL ATTORNEYS' FEES AND COSTS; AN AWARD OF SERVICE PAYMENTS TO NAMED PLAINTIFF DINA SIYAM AND OPT-IN PLAINTIFFS DEVON TOMB, PHILIP RAGUSA, AND CATERINA CUSENZA; AND DISMISSAL OF THE LITIGATION WITH PREJUDICE AS AGAINST DEFENDANT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration Lloyd Ambinder, sworn to on September 13, 2021, and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court on the 20th day of September, 2021 at 11:30 a.m. at the United States Courthouse for District of New Jersey, located at 50 Walnut Street, Newark New Jersey, 07101 before the Honorable Douglas Alpert, for an Order granting (1) final approval of the proposed settlement between plaintiffs and SS&C Technologies, Inc.; (2) final certification of the Rule 23 class, and FLSA collective for settlement purposes; (3) approval of Class Counsel's attorneys' fees and costs; (4) an award of service payments to Named Plaintiff Dina Siyam and Opt-in Plaintiffs Devon Tomb, Philip Ragusa, and Caterina Cusenza; (5) dismissal of the litigation with prejudice as against Defendant, and; (6) such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       September 13, 2021

                                                            **VIRGINIA & AMBINDER LLP**

By: /s/*Lloyd Ambinder*

40 Broad Street – 7th Floor
New York, New York 10006
Tel: 212.943.9081

–and–

**JAFFE GLENN LAW GROUP, P.A.**

Andrew I. Glenn
Jodi J. Jaffe
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Tel: 201.687.9977
Fax: 201.595.0308

*Attorneys for Plaintiffs*

TO: All counsel via ECF